UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 04-10160 (WGY) |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | |
| 1.   JUAN ROSARIO, | ) | |
|       a/k/a "Carlos Castro; | ) | - 21 U.S.C. § 846 |
| 2.   JAVIER TORRES-ESPINO, | ) | Conspiracy to Distribute, |
|       a/k/a "Danny" | ) | And to Possess with Intent |
| 3.   GEORGE MONTILLA, | ) | To Distribute, Cocaine |
|       a/k/a "Jose;" | ) | |
| 4.   LUIS CASTRO, | ) | - 21 U.S.C. § 853 |
|       a/k/a "Nene" | ) | Criminal Forfeiture |
| 5.   RAMON VILLA, | ) | |
|       a/k/a "Lorenzo Velasquez) | | |
|       a/k/a "Ramon," | ) | |
|       a/k/a "Jose Andino; | ) | |
| 6.   ANSELMO DOMINGUEZ; | ) | |
| 7.   CESAR MIRANDA, | ) | |
|       a/k/a "Tutu;" and | ) | |
| 8.   PEDRO INFANTE, | ) | |
|       a/k/a "Alex;" | ) | |
| | ) | |
|             Defendants. | ) | |

## SUPERSEDING INDICTMENT

COUNT ONE:     (21 U.S.C. § 846 - Conspiracy to Distribute,
               and to Possess with Intent to Distribute,
               Cocaine).

The Grand Jury charges that:

Beginning on an unknown date but at least by in or about

November 2003 and continuing to on or about March 31, 2004, at

Haverhill, Lawrence, Boston and elsewhere in the District of

Massachusetts, in Nashua in the District of New Hampshire, and in

New York City, in the Southern District of New York, and

elsewhere,

1. JUAN ROSARIO,
   a/k/a "Carlos Castro;"
2. JAVIER TORRES-ESPINO,
   a/k/a "Danny;"
3. GEORGE MONTILLA,
   a/k/a "Jose;"
4. LUIS CASTRO,
   a/k/a "Nene"
5. RAMON VILLA,
   a/k/a "Lorenzo Velasquez,"
   a/k/a "Ramon,"
   a/k/a "Jose Andino;"
6. ANSELMO DOMINGUEZ;
7. CESAR MIRANDA,
   a/k/a "Tutu;" and
8. PEDRO INFANTE,
   a/k/a "Alex;"

defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with each other, and with other persons known and unknown to the Grand Jury, to distribute, and to possess with intent to distribute, cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

The conspiracy charged herein involved five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A)(ii).

## FORFEITURE ALLEGATION

The Grand Jury further charges that:

    1.    As a result of the offense alleged in Count One of this Indictment,

        1.    JUAN ROSARIO,
                a/k/a "Carlos Castro;"
        2.    JAVIER TORRES-ESPINO,
                a/k/a "Danny;"
        3.    GEORGE MONTILLA,
                a/k/a "Jose;"
        4.    LUIS CASTRO,
                a/k/a "Nene"
        5.    RAMON VILLA,
                a/k/a "Lorenzo Velasquez,"
                a/k/a "Ramon,"
                a/k/a "Jose Andino;"
        6.    ANSELMO DOMINGUEZ;
        7.    CESAR MIRANDA,
                a/k/a "Tutu;" and
        8.    PEDRO INFANTE,
                a/k/a "Alex;"

defendants herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of the offenses, and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.  Such property includes, but is not limited to:

    (a)    $7,150 in United States currency seized from GEORGE MONTILLA on March 12, 2004, in that such sum represents drug proceeds, and

    (b)    $13,750 in United States currency seized from Jimenez Grocery at Lawrence, MA on March 30, 2004, in that such sum represents drug proceeds, and further represents monies the Defendants intended to use to purchase cocaine; and

2.   If any of the properties described in paragraph 1,

above, as a result of any act or omission of the Defendants --

> (a)   cannot be located upon the exercise of due
>        diligence;
>
> (b)   has been transferred or sold to, or deposited
>        with, a third party;
>
> (c)   has been placed beyond the jurisdiction of the
>        Court;
>
> (d)   has been substantially diminished in value; or
>
> (e)   has been commingled with other property which
>        cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21,

United States Code, Section 853(p), to seek forfeiture of any

other property of the defendant up to the value of the property

described in paragraph 1.

All in violation of Title 21, United States Code, Section

853.

**NOTICE OF ADDITIONAL FACTORS**

The Grand Jury further finds that:

1.  The defendant JUAN ROSARIO, a/k/a "Carlos Castro" is accountable for at least 15 kilograms, but not more than fifty kilograms, of cocaine.  Accordingly USSG §2D1.1(c)(3) applies to this defendant.

2.  The defendant JAVIER TORRES-ESPINO, a/k/a "Danny" is accountable for at least 15 kilograms, but not more than fifty kilograms, of cocaine.  Accordingly USSG §2D1.1(c)(3) applies to this defendant.

3.  The defendant GEORGE MONTILLA, a/k/a "Jose" is accountable for at least 2 kilograms, but not more than 3.5 kilograms, of cocaine.  Accordingly USSG §2D1.1(c)(6) applies to this defendant.

4.  The defendant LUIS CASTRO, a/k/a "Nene" is accountable for at least 15 kilograms, but not more than fifty kilograms, of cocaine.  Accordingly USSG §2D1.1(c)(3) applies to this defendant.

5.  The defendant RAMON VILLA, a/k/a "Lorenzo Velasquez," a/k/a "Ramon," a/k/a "Jose Andino" is accountable for at least 500 grams, but not more than 2 kilograms, of cocaine. Accordingly USSG §2D1.1(c)(7) applies to this defendant.

6.  The defendant ANSELMO DOMINGUEZ is accountable for at least 500 grams, but not more than 2 kilograms, of cocaine.

Accordingly USSG §2D1.1(c)(7) applies to this defendant.

7.    The defendant CESAR MIRANDA, a/k/a "Tutu" is accountable for at least 500 grams, but not more than 2 kilograms, of cocaine.  Accordingly USSG §2D1.1(c)(7) applies to this defendant.

8.    The defendant PEDRO INFANTE is accountable for at least 500 grams, but not more than 2 kilograms, of cocaine. Accordingly USSG §2D1.1(c)(7) applies to this defendant.

A TRUE BILL

_____
Foreperson of the Grand Jury

_____
Assistant United States Attorney


DISTRICT OF MASSACHUSETTS:


Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

9/23/04 @ 2:35pm

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**   Haverhill        **Category No.**   II                **Investigating Agency**   DEA

**City**   Haverhill                              **Related Case Information:**

**County**   Essex                                Superseding Ind./ Inf.   X                  Case No.   04-CR-10160-WGY
                                                  Same Defendant   X                    New Defendant
                                                  Magistrate Judge Case Number    04-M-1069-JGD
                                                  Search Warrant Case Number
                                                  R 20/R 40 from District of

**Defendant Information:**

Defendant Name   Ramon Villa                              Juvenile:       ☐ Yes     X  No

Alias Name       "Lorenzo Velasquez," "Jose Andino," "Ramon"

Address          187-189 Sanborn Street, Lawrence, MA

Birthdate: _____ SS # _____ Sex: _M_   Race: _Hispanic_____ Nationality: _____

**Defense Counsel if known:**      Paul Markham          Address  P.O. Box 1101

Bar Number   _____          Melrose, MA  02176

**U.S. Attorney Information:**

AUSA   Cynthia W. Lie                          Bar Number if applicable   _____

**Interpreter:**      X  Yes    ☐ No       List language and/or dialect:      Spanish

**Matter to be SEALED:**       ☐ Yes   X   No

        ☐ Warrant Requested        ☐ Regular Process        X  In Custody

**Location Status:**

Arrest Date        03/30/04

X  Already in Federal Custody as of        03/30/04              in    Boston, MA                      .
☐ Already in State Custody at _____   ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____  on _____

**Charging Document:**       ☐ Complaint       ☐ Information        X  Indictment

**Total # of Counts:**       ☐ Petty _____    ☐ Misdemeanor _____   X Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

X       I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
        accurately set forth above.

Date:      9/23/04            Signature of AUSA:  _____

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    Ramon Villa, a/k/a "Lorenzo Velasquez," "Jose Andino," "Ramon" _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Consp. to Distribute, and to Possess w/ Intent to Dist., Cocaine | 1 |
| Set 2 | 21 U.S.C. § 853 | Criminal Forfeiture | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

**Criminal Case Cover Sheet** _____ **U.S. District Court - District of Massachusetts**

**Place of Offense:**  Haverhill    **Category No.**  II _____    **Investigating Agency**  DEA _____

**City**  Haverhill _____    **Related Case Information:**

**County**  Essex _____    Superseding Ind./ Inf.  X _____    Case No.  04-CR-10160-WGY

Same Defendant    X _____    New Defendant _____

Magistrate Judge Case Number    04-M-1069-JGD _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Javier Espino-Torres _____    Juvenile:    ☐ Yes    X No

Alias Name   Danny Parades _____

Address   _____

Birthdate: _____  SS # _____  Sex: M   Race: Hispanic _____  Nationality: _____

**Defense Counsel if known:** _____    Address _____

Bar Number   _____                _____

**U.S. Attorney Information:**

AUSA   Cynthia W. Lie _____    Bar Number if applicable   _____

**Interpreter:**    X Yes    ☐ No    List language and/or dialect:    Spanish _____

**Matter to be SEALED:**    ☐ Yes  X  No

☐ Warrant Requested    ☐ Regular Process    X In Custody

**Location Status:**

Arrest Date   03/31/04 _____

X Already in Federal Custody as of   03/31/04 _____  in   Southern District of New York _____.

☐ Already in State Custody at _____  ☐ Serving Sentence    ☐ Awaiting Trial

☐ On Pretrial Release:   Ordered by: _____  on _____

**Charging Document:**    ☐ Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    X Felony  2 _____

Continue on Page 2 for Entry of U.S.C. Citations

X    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:   9/23/04       Signature of AUSA: _____

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Javier Espino-Torres, a/k/a "Danny Parades" _____

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Consp. to Distribute, and to Possess w/ Intent to Dist., Cocaine | 1 |
| Set 2 | 21 U.S.C. § 853 | Criminal Forfeiture | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**        **U.S. District Court - District of Massachusetts**

**Place of Offense:**   Haverhill     **Category No.**   II      **Investigating Agency**   DEA

**City**   Haverhill      **Related Case Information:**

**County**   Essex      Superseding Ind./ Inf.   X      Case No.   04-CR-10160-WGY
             Same Defendant   X      New Defendant
             Magistrate Judge Case Number   04-M-1069-JGD
             Search Warrant Case Number
             R 20/R 40 from District of

**Defendant Information:**

Defendant Name   George Montilla      Juvenile:   ☐ Yes   X No

Alias Name    Jose

Address    22 Hilltop Street, Lawrence, MA

Birthdate:      SS #      Sex:   M    Race:   Hispanic     Nationality:

**Defense Counsel if known:**    Ronald Segal, Esq.     Address   23 Central Avenue, Suite 605

Bar Number                       Lynn, MA 01901

**U.S. Attorney Information:**

AUSA   Cynthia W. Lie         Bar Number if applicable

**Interpreter:**    X Yes   ☐ No      List language and/or dialect:    Spanish

**Matter to be SEALED:**    ☐ Yes   X   No

     ☐   Warrant Requested      ☐   Regular Process      X   In Custody

**Location Status:**

Arrest Date     03/30/04

X   Already in Federal Custody as of     03/30/04     in   Boston, MA     .
☐   Already in State Custody at          ☐ Serving Sentence      ☐ Awaiting Trial
☐   On Pretrial Release:    Ordered by:          on

**Charging Document:**    ☐ Complaint      ☐ Information      X Indictment

**Total # of Counts:**    ☐ Petty      ☐ Misdemeanor      X Felony   2

Continue on Page 2 for Entry of U.S.C. Citations

X     **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:    9/23/04      Signature of AUSA:

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    George Montilla, a/k/a "Jose" _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Consp. to Distribute, and to Possess w/ Intent to Dist., Cocaine | 1 |
| Set 2 | 21 U.S.C. § 853 | Criminal Forfeiture | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

**Criminal Case Cover Sheet**        **U.S. District Court - District of Massachusetts**

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Place of Offense:**   Haverhill     **Category No.** __II__     **Investigating Agency** __DEA__

**City** __Haverhill__       **Related Case Information:**

**County** __Essex__      Superseding Ind./ Inf. __X__      Case No. __04-CR-10160-WGY__
                 Same Defendant __X__       New Defendant _____
                 Magistrate Judge Case Number __04-M-1069-JGD__
                 Search Warrant Case Number _____
                 R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   __Luis Castro__            Juvenile:    ☐ Yes    X No

Alias Name     __Nene__

Address      __1 Clocktower Place, Apt. 114, Nashua, NH__

Birthdate: _____ SS # _____ Sex: __M__ Race: __Hispanic__ Nationality: _____

**Defense Counsel if known:**     __Stephen D. Judge, Esq.__     Address __23 Central Avenue., #605__

Bar Number    _____                 __Lynn, MA 01901__

**U.S. Attorney Information:**

AUSA   __Cynthia W. Lie__            Bar Number if applicable    _____

**Interpreter:**    X Yes    ☐ No      List language and/or dialect:    __Spanish__

**Matter to be SEALED:**     ☐ Yes   X   No

     ☐ Warrant Requested      X Regular Process      ☐ In Custody

**Location Status:**

Arrest Date    _____

☐ Already in Federal Custody as of    _____ in   _____ .

☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial

X On Pretrial Release:   Ordered by:   __JGD__      on   __05/18/04__

**Charging Document:**    ☐ Complaint      ☐ Information      X Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    X Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

X    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   __9/24/04__      Signature of AUSA:    _____

Case 1:04-cr-10160-WGY   Document 44   Filed 09/23/2004   Page 15 of 23

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Luis Castro, a/k/a "Nene" _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. § 846 | Consp. to Distribute, and to Possess w/ Intent to Dist., Cocaine | 1 |
| Set 2   21 U.S.C. § 853 | Criminal Forfeiture | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**  Haverhill        **Category No.**  II            **Investigating Agency**    DEA

**City**    Haverhill                    **Related Case Information:**

**County**    Essex                    Superseding Ind./ Inf.    X                    Case No.    04-CR-10160-WGY
                                     Same Defendant        X                    New Defendant
                                     Magistrate Judge Case Number      04-M-1069-JGD
                                     Search Warrant Case Number
                                     R 20/R 40 from District of

**Defendant Information:**

Defendant Name    Anselmo Dominguez                    Juvenile:        ☐ Yes    X No

Alias Name

Address        82 Temple Street, Haverhill, MA

Birthdate: _____ SS # _____ Sex:  M    Race:  Hispanic        Nationality: _____

**Defense Counsel if known:**        John C. McBride, Esq.        Address  240 Commercial Street

Bar Number  _____                    Boston, MA  02109

**U.S. Attorney Information:**

AUSA    Cynthia W. Lie                    Bar Number if applicable

**Interpreter:**        X Yes    ☐ No        List language and/or dialect:        Spanish

**Matter to be SEALED:**        ☐ Yes    X    No

         ☐ Warrant Requested        X Regular Process        ☐ In Custody

**Location Status:**

Arrest Date        03/30/04

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
X  On Pretrial Release:    Ordered by:    JGD            on    04/15/04

**Charging Document:**        ☐ Complaint        ☐ Information        X  Indictment

**Total # of Counts:**        ☐ Petty _____    ☐ Misdemeanor _____    X Felony    2

Continue on Page 2 for Entry of U.S.C. Citations

X        I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
        accurately set forth above.

Date:    9/24/04        Signature of AUSA: _____

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Anselmo Dominguez _____

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Consp. to Distribute, and to Possess w/ Intent to Dist., Cocaine | 1 |
| Set 2 | 21 U.S.C. § 853 | Criminal Forfeiture | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

**&JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)**

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**  Haverhill        **Category No.** __II_____        **Investigating Agency** __DEA_____

**City**  __Haverhill_____

**County**  __Essex_____

**Related Case Information:**

Superseding Ind./ Inf. __X_____        Case No. __04-CR-10160-WGY__
Same Defendant __X_____        New Defendant _____
Magistrate Judge Case Number __04-M-1069-JGD_____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  __Pedro Infante_____        Juvenile:    ☐ Yes    X No

Alias Name    __Alex_____

Address    __62 Jackson Street Extension, #1, Haverhill, MA_____

Birthdate: _____ SS # _____ Sex: __M____ Race: __Hispanic_____ Nationality: _____

**Defense Counsel if known:** _____        Address _____

Bar Number    _____        _____

**U.S. Attorney Information:**

AUSA  __Cynthia W. Lie_____        Bar Number if applicable _____

**Interpreter:**    X Yes    ☐ No        List language and/or dialect:    __Spanish_____

**Matter to be SEALED:**    ☐ Yes    ☐ No

        ☐ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

Arrest Date    _Fugitive_____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial

☐ On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:**    ☐ Complaint        ☐ Information        X Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    X Felony    2_____

Continue on Page 2 for Entry of U.S.C. Citations

**X**    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
        accurately set forth above.**

Date:    __9/24/04_____        Signature of AUSA: _____

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    Pedro Infante, a/k/a "Alex" _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. § 846 | Consp. to Distribute, and to Possess w/ Intent to Dist., Cocaine | 1 |
| Set 2   21 U.S.C. § 853 | Criminal Forfeiture | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**  Haverhill        **Category No.**  II          **Investigating Agency**  DEA

**City**  Haverhill                **Related Case Information:**

**County**  Essex            Superseding Ind./ Inf.  X          Case No.  04-CR-10160-WGY
                            Same Defendant      X          New Defendant
                            Magistrate Judge Case Number    04-M-1069-JGD
                            Search Warrant Case Number
                            R 20/R 40 from District of

**Defendant Information:**

Defendant Name  Cesar Miranda                Juvenile:    ☐ Yes    X  No

Alias Name    Tuto

Address

Birthdate: _____ SS # _____ Sex:  M   Race:  Hispanic    Nationality: _____

**Defense Counsel if known:**      Lenore Glaser, Esq.        Address  25 Kingston Street, 6th Floor

Bar Number _____            Boston, MA  02111

**U.S. Attorney Information:**

AUSA   Cynthia W. Lie                Bar Number if applicable _____

**Interpreter:**    X  Yes    ☐ No        List language and/or dialect:        Spanish

**Matter to be SEALED:**      ☐ Yes  X   No

      ☐  Warrant Requested        ☐  Regular Process        X  In Custody

**Location Status:**

Arrest Date      03/31/04

X  Already in Federal Custody as of        03/31/04        in    Boston, MA            .
☐  Already in State Custody at _____  ☐ Serving Sentence    ☐ Awaiting Trial
☐  On Pretrial Release:    Ordered by: _____    on _____

**Charging Document:**    ☐ Complaint    ☐ Information        X  Indictment

**Total # of Counts:**    ☐ Petty _____  ☐ Misdemeanor _____  X  Felony    2

Continue on Page 2 for Entry of U.S.C. Citations

X    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.

Date: _____        Signature of AUSA: _____

**District Court Case Number**    (To be filled in by deputy clerk): _____

**Name of Defendant**    Cesar Miranda, a/k/a "Tuto" _____

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Consp. to Distribute, and to Possess w/ Intent to Dist., Cocaine | 1 |
| Set 2 | 21 U.S.C. § 853 | Criminal Forfeiture | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** Haverhill    **Category No.** II    **Investigating Agency** DEA

**City** Haverhill    **Related Case Information:**

**County** Essex    Superseding Ind./ Inf. X    Case No. 04-CR-10160-WGY
Same Defendant X    New Defendant
Magistrate Judge Case Number    04-M-1069-JGD
Search Warrant Case Number
R 20/R 40 from District of

**Defendant Information:**

Defendant Name    Juan Rosario    Juvenile:    ☐ Yes    X No

Alias Name    Carlos Castro

Address    81 Blaisdell Street #1, Haverhill, MA

Birthdate: 1965    SS # 7818    Sex: M    Race: Hispanic    Nationality:

**Defense Counsel if known:**    Page Kelley, Esq.    Address 408 Atlantic Avenue

Bar Number    Boston, MA 02210

**U.S. Attorney Information:**

AUSA    Cynthia W. Lie    Bar Number if applicable

**Interpreter:**    X Yes    ☐ No    List language and/or dialect:    Spanish

**Matter to be SEALED:**    ☐ Yes    X    No

☐ Warrant Requested    ☐ Regular Process    X In Custody

**Location Status:**

Arrest Date    03/30/04

X Already in Federal Custody as of    03/30/04    in    Boston, MA    .
☐ Already in State Custody at    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by:    on

**Charging Document:**    ☐ Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty    ☐ Misdemeanor    X Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

X    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 9/24/04    Signature of AUSA:

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Juan Rosario, a/k/a "Carlos Castro" _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. § 846 | Consp. to Distribute, and to Possess w/ Intent to Dist., Cocaine | 1 |
| Set 2  21 U.S.C. § 853 | Criminal Forfeiture | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

Rosario JS45.wpd - 2/7/02