# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**Criminal Action
No:04-10160-WGY**

**UNITED STATES**
**Plaintiff**

**v.**

**JUAN ROSARIO**
**JAVIER TORRES-ESPINO**
**GEORGE MONTILLA**
**LUIS CASTRO**
**RAMON VILLA**
**ANSELMO FOMINGUEZ**
**CESAR MIRANDA**
**PEDRO INFANTE**
**Defendant**

## NOTICE OF SCHEDULING CONFERENCE

**YOUNG, C.J.**

**TAKE NOTICE that the above-entitled case has been set for SCHEDULING CONFERENCE at 2:00 P.M. , on THUR. DEC. 2 , 2004, in Courtroom No. 18, 5TH floor.**

**By the Court,**

**/s/ Elizabeth Smith**

**_____**

**Deputy Clerk**

**November 8, 2004**

**To: All Counsel**