UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL No. |
| v. | ) | |
| | ) | |
| | ) | 04-CR-10160 (WGY) |
| ANSELMO DOMINGUEZ | ) | |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S LIST OF POTENTIAL WITNESSES

The United States of America, through its attorneys, Michael J. Sullivan, United States Attorney for the District of Massachusetts and Assistant U.S. Attorneys Cynthia W. Lie and Jennifer Zacks, hereby files the following List of Potential Witnesses for the trial in the above-captioned matter.  The government reserves the its right to supplement or modify the list with notice to the defendant:

**DRUG ENFORCEMENT ADMINISTRATION, Boston, Massachusetts**
Special Agent Christian Brackett
Special Agent Kevin Hersey
Special Agent Robert Robertson
Special Agent Paul N. Gazzara Jr.
Special Agent Clint Aldrich
Special Agent Matthew Deignan
Special Agent Nancy Morelli
Special Agent Jorge L. Matos
Special Agent Robert Fattig
Special Agent Brad Sowell
Special Agent James Doyle
Special Agent Roy Brashier
Special Agent Joseph W. Desmond
Special Agent Brian Tomasetta
Special Agent Neil Doherty
Special Agent Jack Ryan
Special Agent James King
Special Agent David O'Neill
Special Agent Dennis A. Barton

Special Agent Kevin Frye
Special Agent Bob Donovan
**Houston Office**
Special Agent Felix Gonzalez
Special Agent John D. Moreman
Special Agent Jacqueline Gordon
**New York Laboratory**
Senior Forensic Chemist Maureen M. Craig

**HAVERHILL POLICE DEPARTMENT**
Detective Robert Rogers
Detective Gary Melanson
Sergeant Dana Burril
Detective Daniel McDonald
Sergeant John Rosario
Lieutenant Tony Haugh
Detective F.C. Rodgers
Detective Karen Currier
Officer Timothy Donovan
Sergeant John Aravitis

**LAWRENCE POLICE DEPARTMENT**
Detective Mark Rivet

**MASSACHUSETTS STATE POLICE**
Lieutenant Greg Dern
Trooper Michael Fiore
Trooper Mark Blanchard
Trooper Steven Gondella
Trooper Jeff Boutwell
Trooper Joseph Masterson
Trooper Dennis Sullivan
Sergeant Jack Henley

**UNITED STATES CUSTOMS SERVICE**
Special Agent Tom Pugliese

**CIVILIAN WITNESSES**
Gabriel Haddad, Spanish Translator
Juan Rosario
Ramon Villa

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ Cynthia W. Lie

```
                                        CYNTHIA W. LIE
                                        JENNIFER ZACKS
                                        Assistant U.S. Attorneys
Dated: May 30, 2005
```