```
              UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )         CRIMINAL No.
         v.                 )
                            )
                            )         04-CR-10160 (WGY)
ANSELMO DOMINGUEZ           )
                            )
         Defendant.         )
```

**GOVERNMENT'S LIST OF POTENTIAL EXHIBITS**

The United States of America, through its attorneys, Michael J. Sullivan, United States Attorney for the District of Massachusetts and Assistant U.S. Attorneys Cynthia W. Lie and Jennifer Zacks, hereby files the following List of Potential Exhibits for the trial in the above-captioned matter. The government reserves its right to supplement or modify the list with reasonable notice to the defendants:

| Government's Exhibit | Description |
|---|---|
| 1A<br>1B<br>1C | THREE CD ROMS containing calls over telephone 917-912-9106 |
| 2 | 1 CD ROM containing calls over telephone 917-349-3096 |
| 3 | CD ROM COMPILATION FROM CALLS OVER 917-912-9106 and 917-349-3096 |
| 4 | TRANSCRIPTS OF CD ROM COMPILATION |

| | |
|---|---|
| 5 | N-42 Nokia wireless T-mobile telephone 917-349-3096 seized at 81 Blaisdell Street, 1st Floor, Haverhill, MA |
| 6 | Subscriber information and toll records for telephone number 917-912-9106 |
| 7 | Subscriber information and toll records for telephone number 917-349-3096 |
| 8 | Subscriber information and toll records for telephone number 978-853-8628 |
| 9 | Subscriber information and toll records for telephone number 978-521-6971 |
| 10 | Subscriber information and toll records for telephone number 978-394-1193 |
| 11 | Photograph of JIMENEZ GROCERY |
| 12 | Photograph of 139 HOW STREET, Haverhill, MA |
| 13 | Photograph of 82 TEMPLE STREET, Haverhill, MA |
| 14 | Plea agreement of Juan Rosario |
| 15 | N-56 Paperwork seized at 82 Temple Street, Haverhill, MA |
| 16 | N-57 Tax/IRS and Mortgage seized at 82 Temple Street, Haverhill, MA |
| 17 | N-59 Sprint cell phone tel. 978-853-8628 seized at 82 Temple Street, Haverhill, MA |
| 18 | Drug Exhibit 5, 6.4 grams of cocaine |
| 19 | Exhibit N-64, 16 ounce bottle of Inositol, seized at 139 How Street, 204, Haverhill, MA |
| 20 | Exhibit N-65, letter and bill seized at 139 How Street, 204, Haverhill, MA |
| 21 | N-55, 13,750 currency seized at JIMINEZ GROCERY on March 30, 2004 |
| 22 | Drug exhibit 6, 98.9 grams of cocaine |

```
                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                    United States Attorney

                                    By:  /s/ Cynthia W. Lie

                                    CYNTHIA W. LIE
                                    JENNIFER ZACKS
                                    Assistant U.S. Attorneys
Dated: May 30, 2005
```