UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
              v.                )    Criminal No. 04-CR-10160-WGY
                                )
JUAN ROSARIO, et al.            )
                                )
                                )
                                )

## NOTICE OF APPEARANCE

_____Now comes the undersigned Assistant United States Attorney and hereby gives notice of his appearance as counsel for the United States of America in the captioned matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   */s/ William Connolly*
      WILLIAM CONNOLLY
      Assistant U.S. Attorney
      (617) 748-3174

Dated:  July 22, 2005

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served upon counsel of record the foregoing document by electronic filing and depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery this 22nd day of July, 2005.

_____

_____
WILLIAM CONNOLLY
Assistant U.S. Attorney